4 A.3d 609

MORTGAGE ELECTRONIC SYSTEMS, INC. Acting Solely as a Nominee for America's Wholesale Lender.

v.

Juli' A. D'ANCONA–MAHER and Lisa Maher.

Petition of Joseph P. Maher.

Supreme Court of Pennsylvania.

Sept. 16, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 16th day of September 2010, the Petition for Allowance of Appeal is DENIED. The Application for Leave to Appeal *In Forma Pauperis* is DENIED AS MOOT.